## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**FRANCISCO DELAFLOR MORALES,**

     **Petitioner,**

**v.**                            **Case No. 4:20-cv-533-AW-MAF**

**JEFFREY ROSEN[1] et al.,**

     **Respondents.**

_____/

## **ORDER OF DISMISSAL**

Francisco Delaflor Morales petitioned for a writ of habeas corpus, challenging the lawfulness of his detention by the United States Immigration and Customs Enforcement. ECF No. 1. The magistrate judge has filed a Report and Recommendation (ECF No. 6), which recommends dismissal based on mootness. As the R&R points out, mail to Morales has been returned with an indication that Morales is no longer at the facility he reported as his address. It thus appears that the action is moot because Morales was either removed or released. And even if he were neither removed nor released, he has effectively abandoned his case by not keeping the court apprised of his current address.

---

[1] Among the respondents was United States Attorney General William Barr. ECF No. 1. Because the Attorney General was sued in his official capacity, his successor is automatically substituted as a party. Fed. R. Civ. P. 25(d).

I have determined the Report and Recommendation should be adopted, and it is now incorporated into this order. The clerk will enter a judgment that says "The habeas petition is dismissed as moot." The clerk will then close the file.

SO ORDERED on January 6, 2021.

s/ *Allen Winsor*
United States District Judge